

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-13-00269-CV |
| IN THE MATTER OF | § | |
| | | Appeal from |
| THE GUARDIANSHIP OF | § | |
| | | Probate Court No. 2 |
| FRANCIS J. SIMMONS, | § | |
| | | of El Paso County, Texas |
| AN INCAPACITATED PERSON. | § | |
| | | (TC # 2013CGD01489) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior)
Larsen, J., (Senior), sitting by assignment